IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN WAYNE QUICK, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| LORIE DAVIS, *Director TDCJ*, | ) ) |
| Respondent. | ) Civil Action No. 3:20-CV-0535-C-BN |

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Petitioner's *pro se* application for writ of habeas corpus under 28 U.S.C. § 2254 should be dismissed without prejudice to Petitioner's right to file a motion for authorization to file a successive Section 2254 application in the United States Court of Appeals for the Fifth Circuit.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's *pro se* application for writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DISMISSED** without prejudice to Petitioner's right to file a motion for authorization to file a successive Section 2254 application in the United States Court of Appeals for the Fifth Circuit.

SO ORDERED this 28th day of March, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Report and Recommendation and the time to do so has now expired.